The Court.
 

 The act authorizing the sale of land is in derogation ’ the common law, and must be strictly followed. It authorizes the le of land only where two inquisitors have found that it will not be ifficient in seven years to pay the debt. The judgment of the in-lisitors on this subject is conclusive, unless it be impeached on the ■ound of fraud or irregularity in holding the inquisition. ^ Where e finding is attacked upon legal grounds, inquiry as to the value is ten brought up incidentally; but by itself this is not sufficient to au-orize the court to set aside the inquisition. If it were so, it would substituting the judgment of this court for'that of the inquisitors
 
 *484
 
 in this matter, as to which the law has made them the judges. On the other ground it appears that the judgments were in fact entered after the inquisition found, though on the same day. If this would be sufficient to set aside the inquisition, it would equally be so if judgments were entered at any time between the inquisition and return.
 

 Cullen,
 
 for the rule.
 

 Wootlen,
 
 contra.
 

 Rule discharged.